ALDEN MA0010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS, WORCESTER DIVISION

IN RE: SUSAN ALDEN        : CHAPTER: 7
                                  :
                                  :
                                  : BANKRUPTCY NO: 08-43558

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

   1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

   2. The address to which all such notices should be sent and substituted for that of the creditor:

                         **American Express Centurion Bank**
                         **c/o Becket and Lee LLP**
                         **POB 3001**
                         **Malvern PA 19355-0701**

                       By:   /s/Gilbert B. Weisman
                                       _____
                                       Gilbert B Weisman Esquire PA59872
                                       Attorney/Agent for creditor
                                       POB 3001
                                       MALVERN PA 19355-0701
                                       PHONE:   (610) 644-7800
                                       FAX  :   (610) 993-8493
                                       EMAIL:   notices@becket-lee.com

                                       DATE: November 13, 2008

PET: 10/31/2008

TRI