**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

|  |  |  |
|---|---|---|
| In *re*: | ) | |
| | ) | |
| SUSAN M. ALDEN | ) | Chapter 7 |
| | ) | Case No. 08-43558-HJB |
| **Debtor** | ) | |
| | ) | |

**UNITED STATES TRUSTEE'S SECOND MOTION TO EXTEND DEADLINE FOR FILING COMPLAINT OBJECTING TO DISCHARGE PURSUANT TO 11 U.S.C. §727 AND FOR FILING MOTION TO DISMISS PURSUANT TO 11 U.S.C. §707(b)(1) & (3)**

Pursuant to 28 U.S.C. §586(a)(3), 11 U.S.C. §307, Fed. R. Bankr. P.1017(e) and 4004(b), the United States Trustee ("UST") hereby requests that the Court extend the time within which she may file a complaint objecting to discharge pursuant to 11 U.S.C. § 727, and a motion to dismiss pursuant to §707(b)(1) & (3), to June 9, 2009.  In support, the UST says:

1.  Susan M. Alden ("Debtor") filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on October 31, 2008.

2.  John A. Burdick has been appointed as the Chapter 7 trustee in this case.

3.  The matter set forth herein constitutes a core proceeding pursuant to 28 U.S.C. §157(b)(2).

4.  The date of the meeting of creditors under 11 U.S.C. §341 was December 9, 2008.  The deadline, as extended, for filing a complaint objecting to discharge pursuant to 11 U.S.C. §727, and for filing a motion to dismiss pursuant to 11 U.S.C. §707(b), is April 10, 2009.

5. On November 14, 2008, the UST sent a letter to the Debtor's counsel requesting that certain financial documents be provided to the UST. The Debtor subsequently submitted a significant portion of the documents requested by the UST. Upon reviewing the documents, the UST now believes that certain information provided by the Debtor merits further investigation.

**WHEREFORE,** the United States Trustee requests that this Court enter an order extending the deadlines for filing a complaint objecting to discharge pursuant to 11 U.S.C. §727, and for filing a motion to dismiss pursuant to 11 U.S.C. §707(b)(1) & (3), to June 8, 2009, and granting such further relief as is just and proper.

**Respectfully submitted,**

**PHOEBE MORSE**
**United States Trustee, Region 1**

**By:** /s/ Stephen E. Meunier

**Stephen E. Meunier, Esq. (BBO No. 546928)**
**Trial Attorney**
**United States Department of Justice**
**Office of the United States Trustee**
**446 Main Street, 14th Floor**
**Worcester, MA 01608**
**(508) 793-0555 (telephone)**
**(508) 793-0558 (fax)**

**Date: April 10, 2009**   **email: stephen.meunier@usdoj.gov**

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 10th day of April, 2009, a copy of the within United States Trustee's Second Motion to Extend Deadline For Filing A Complaint Objecting To Discharge Pursuant To 11 U.S.C. §727 And For Filing Motion To Dismiss Pursuant To 11 U.S.C. §707(b)(1) & (3) was served via first class mail, postage prepaid and/or via ECF upon the following parties:

| | |
|---|---|
| Brian W. Murray, Esq.<br>Murray Law Office<br>260 Main Street,<br>Milford, MA 01757 | Counsel to Debtor |
| John A Burdick, Esq.<br>679 Pleasant Street<br>Paxton, MA 01612 | Chapter 7 Trustee |
| Susan M. Alden<br>9 Church Street<br>Milford, MA 01757 | Debtor |

Dated:　April 10, 2009　　　　　　　　　　　　　　/s/ Stephen E. Meunier
　　　　　　　　　　　　　　　　　　　　　　　　　Stephen E. Meunier

3