UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

OCT 22 '09 AM 11:59 USB

| | |
|---|---|
| In re:<br><br>SUSAN M. ALDEN<br><br>          Debtor | Chapter 7<br><br>Case No. 08-43558-HJB |

## DEBTOR'S MOTION FOR APPROVAL OF AMENDMENT TO SCHEDULE F, STATEMENT OF FINANCIAL AFFAIRS, AND CREDITOR MATRIX

Susan M. Alden, debtor in the above-captioned bankruptcy case, respectfully requests that this Court approve amendments to her Bankruptcy Schedule F, Statement of Financial Affairs, and Creditor Matrix. In support of this request, Susan M. Alden states as follows:

1.     I filed my bankruptcy case on October 31, 2008.

2.     Subsequent to the filing of my bankruptcy case, I became aware that I omitted lawsuits that were filed against me by Robert M. Bradley and Bernard J. Laverty, Jr., both of whom assert claims against my employer and others, prior to October 31, 2008.

3.     I therefore seek to amend Schedule F to my bankruptcy schedules to include these individuals as the holders of "disputed" claims, to amend my Statement of Financial Affairs to list the two lawsuits and to amend the creditor matrix in my case to include these claimants. Amended Schedule F is attached hereto as Exhibit 1. The Amended Statement of Financial Affairs is attached hereto as Exhibit 2. The Amendment to the Creditor Matrix is attached hereto as Exhibit 3.

WHEREFORE, Susan M. Alden respectfully requests that this Court approve the Amended Schedule F, Amended Statement of Financial Affairs, and Amended Creditor Matrix in my bankruptcy case.

Respectfully submitted,

Susan M. Alden
9 Church Street
Milford, Massachusetts 01757

# EXHIBIT A
## AMENDED SCHEDULE F



Form B6 F (12/07)   Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: Alden, Susan   M.                    Debtor(s)   Case No.            (if known)

AMENDED

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO-DEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CUD | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 371334288701000<br>American Express<br>c/o NCO Financial Syst.<br>PO Box 15773<br>Wilmington DE<br>19850-5773 | | | revolving credit account | U | 58,358.00 |
| 4185865566926494<br>Arrow Financial Services<br>c/o NES of Ohio<br>29125 Solon Rd.<br>Solon OH<br>44139-3442 | | | revolving credit account, Washington Mutual | U | 6,093.00 |
| 5291492368041915<br>Capital One Bank (USA) NA<br>c/o Client Services, Inc.<br>5230 Washington St.<br>W. Roxbury MA 02132 | | | revolving credit account | U | 6,336.00 |
| 4640182011077306<br>Chase Bank USA NA<br>c/o GC Services<br>5230 Washington Street<br>West Roxbury<br>MA 02132 | | | revolving credit account | U | 6,455.00 |
| 4888931992502794<br>FIA Card Services NA<br>c/o Creditors Interchange<br>5230 Washington Street<br>West Roxbury MA<br>02132 | | | revolving credit accounts Bank of America #4888931119682537; 74975640844159 | U | 51,635.00 |
| 5148645002769408<br>GE Money Bank<br>Shop NBC (Dual)<br>c/o Universal Fidelity LP<br>PO Box 941911<br>Houston TX 77094-8911 | | | revolving credit account | U | 2,471.00 |

X ____ continuation sheets attached.

Subtotal $ | 131,348.00

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Total $ | 131,348.00

Form B6 F (12/07)                    BlumbergExcelsior, Inc., Publisher, NYC 10013

In re: Alden, Susan   M.                          Debtor(s)        Case No.              (if known)

AMENDED

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions) | CO DE BT OR | H W JC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 1587619<br>GE Money Bank QVC Receivables<br>c/o NCC Business Serv. In<br>PO Box 24739<br>Jacksonville FL32241-4739 | | | revolving credit account, Qcard | U | 3,925.00 |
| 5499441006401791<br>HSBC Bank Nevada NA<br>c/o Howard Lee Schiff PC<br>340 Main St.<br>Ste 959<br>Worcester MA 01608-1603 | | | Milford District Court #0866CV675 | U | 3,477.00 |
| 0338967524<br>Kohl's Payment Center<br>PO Box 2983<br>Milwaukee WI<br>53201-2983 | | | revolving credit account | U | 1,551.00 |
| 521853100232736<br>LVNV Funding LLC<br>Universal Fidelity LP<br>c/o PO Box 941911<br>Houston TX<br>77094-8911 | | | revolving credit account, original creditor: GE Capital Paypal Plus | U | 3,018.00 |
| 412392842890<br>Macy's<br>PO Box 689195<br>Des Moines IA<br>50368-9195 | | | revolving credit account | U | 2,690.00 |
| 0783<br>NordstromBank<br>PO Box 79134<br>Phoenix AZ<br>85062-9134 | | | revolving credit account | U | 2,753.00 |

X
____ continuation sheets attached.

Subtotal $ 17,414.00

(Use only on last page of the completed Schedule F.)          Total $ 148,762.00
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

Form B6 F (12/07)                    Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: Alden, Susan    M.    AMENDED                Debtor(s)        Case No.                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 7001621100240511<br>Retail Services<br>PO Box 17298<br>Baltimore MD<br>21297-1298 | | | revolving credit account, Filene's Basement | U | 481.00 |
| 3320581<br>Stamps.com<br>Dept 0398<br>PO Box 120398<br>Dallas TX 75312-0398 | | | revolving credit account | U | 112.00 |
| 5856373662134407<br>WFNNB<br>Domestications<br>PO Box 659465<br>San Antonio TX<br>78265-9465 | | | revolving credit account | U | 471.00 |
| 593978919<br>WFNNB<br>Victoria's Secret<br>PO Box 659728<br>San Antonio TX<br>78265-9728 | | | revolving credit account | U | 1,680.00 |
| Robert M. Bradley<br>c/o Dunbar Law P.C.<br>10 High Street, #700<br>Boston, MA 02110 | | | | D | 0.00 |
| Bernard Laverty<br>c/o Dunbar Law P.C.<br>10 High Street #700<br>Boston, MA 02110 | | | | D | 0.00 |

_____ continuation sheets attached.                                    Subtotal  $  2,744.00

(Use only on last page of the completed Schedule F.)            Total  $  151,506.00
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re _Susan M. Alden_ ,
       Debtor

Case No. _08- 43558 - HJB_
          (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _3_ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _10/21/09_

Signature _Susan M. Alden_
                          Debtor

Date _____

Signature _____
                          Joint Debtor, if any

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any,                    Social Security No.
of Bankruptcy Petition Preparer                             (Required by 11 U.S.C. § 110.)

If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.

Address

X
   Signature of Bankruptcy Petition Preparer                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ sheets (Total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

Signature _____

_____
[Print or type name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

---

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# EXHIBIT B
## AMENDED STATEMENT OF FINANCIAL AFFAIRS

B 7 (Official Form 7) (12/07)

# UNITED STATES BANKRUPTCY COURT

District of Massachusetts

In re: __Susan M. Alden_____.    Case No. __08-43558-HJB__
   Debtor                                              (if known)

## AMENDED
## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1.   Income from employment or operation of business**

None
☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

          AMOUNT                                    SOURCE

                    See Attached Schedule 1

In re <u>Susan M. Alden</u>                              Case No. <u>08-43558-HJB</u>

## AMENDED STATEMENT OF FINANCIAL AFFAIRS
### SCHEDULE 1

| Amount | Source |
|---|---|
| $54,000.00 | 2008 income from employment |
| $ 71,067.00 ~~$71,067.00~~ | 2007 income from employment |
| $54,000.00 | 2006 income from employment |

2

**2.   Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                             SOURCE

See Attached Schedule 2


**3.   Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None
☐

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Marlborough Savings Bank monthly mortgage payment  *AS OF 10/31/08* | | 2,141.00 | 285,033.00 |

None
☑

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

In re <u>Susan M. Alden</u>                                    Case No. <u>08-43558-HJB</u>

## AMENDED STATEMENT OF FINANCIAL AFFAIRS
### SCHEDULE 2

| Amount | Source |
|---|---|
| $5.631.00 | 2008 IRA distribution |
| $5.773.00 | 2006 business income |

3

None

✓ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed. unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None

☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed. unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

See Attached Schedule 4(a)

None

 b. Describe all property that has been attached. garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed. unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

### 5. Repossessions, foreclosures and returns

None

 List all property that has been repossessed by a creditor. sold at a foreclosure sale. transferred through a deed in lieu of foreclosure or returned to the seller. within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed. unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

In re Susan M. Alden                                    Case No. 08-43558-HJB

## AMENDED STATEMENT OF FINANCIAL AFFAIRS
### SCHEDULE 4(A)

| Caption of Suit | Nature of Proceeding | Court and Location | Status or Disposition |
|---|---|---|---|
| HSBC Bank Nevada NA v. Susan M. Alden | Civil | Milford District Court Civil Action No. 0866-CV675 | Pending<br>As of 10/31/08 |
| Robert M. Bradley v. David G. Massad, Commerce Bank & Trust Co., Marcello Mallegni, Brenda Mallegni, Michael J. Norris, Jane M. Norris, LBM Financial, LLC, Susan Alden, Stone Services, Inc., David Kozik, David J. Mandara, Wolfpen Financial, LLC, William A. Depietri, Samuel Desimone, John Desimone, Cathy Desimone, Santo Arcuri, Kevin B. McManus, Everest Construction, Inc. | Civil | U.S. District Court for the District of Massachusetts Civil Action No. 08-40125 | Dismissed as to Susan Alden<br>As of 10/09 |
| Bernard J. Laverty, Jr. v. David G. Massad, David Mandara, Marcello Mallegni, Brenda L. Mallegni, David Kozik, Michael Norris, Jane Norris, Heidi Norris, William Depietri, Commerce Bank & Trust Co., LBM Financial, LLC, Wolfpen Financial, LLC, Stone Services, Inc., Susan Alden | Civil | U.S. District Court for the District of Massachusetts Civil Action No. 08-40126 | Pending<br>As of 10/09 |

4

### 6.    Assignments and receiverships

None 

a.  Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None 

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7.    Gifts

None 

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8.    Losses

None

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.**  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

5

### 9.  Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

See Attached Schedule 9

### 10.  Other transfers

None ☑

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

See Attached Schedule 10(a)

None ☑

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

See Attached Schedule 11

In re Susan M. Alden                              Case No. 08-43558-HJB

## AMENDED STATEMENT OF FINANCIAL AFFAIRS
### SCHEDULE 9

| Name of Payee | Date of Payment | Amount of Money or Description and Value of Property |
|---|---|---|
| Brian W. Murray | 9/23/08 | $300.00 |
| Allen Credit and Debt Counseling | 10/27/08 | $50.00 |
| Debt XS | 12/24/07 | $990.00 |
| Debt XS | 1/29/08 | $856.00 |
| Debt XS | 4/24/08 | $592.00 |
| Debt XS | 5/24/08 | $592.00 |
| Debt XS | 6/24/08 | $592.00 |
| Debt XS | 7/1/08 | $617.00 |
| Brain W. Murray | 10/30/08 | $1,700.00 |

In re <u>Susan M. Alden</u>                              Case No. <u>08-43558-HJB</u>

## AMENDED STATEMENT OF FINANCIAL AFFAIRS
### SCHEDULE 10(A)

| | |
|---|---|
| Burncoat Rd. Randolph Rd. Burncoat Park Subdivision | Susan M. Alden, Trustee of Burncoat-Randolph Realty Trust to Burncoat Development, LLC deed dated 11/6/07 Worcester Deeds Book 42041, Page 1 |

In re <u>Susan M. Alden</u>                                    Case No. <u>08-43558-HJB</u>

## AMENDED STATEMENT OF FINANCIAL AFFAIRS
### SCHEDULE 11

| Name of Financial Institution | Type and Last Four Digits of Account Number and Amount of Final Balance | Amount and Date of Sale or Closing |
|---|---|---|
| Middlesex Savings Bank | IRA $5,631.00 | 2007 |
| Commerce Bank | Money Market Acct. #XXX0349 $0.00 | 6/27/08 |

6

### 12. Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

See Attached Schedule 14

### 15. Prior address of debtor

None
☑

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

In re <u>Susan M. Alden</u>                                    Case No. <u>08-43558-HJB</u>

## AMENDED STATEMENT OF FINANCIAL AFFAIRS
## SCHEDULE 14

| Name of Owner | Description of Property | Location of Property |
|---|---|---|
| Leamar Industries<br>As of 10/31/08 | 2002 GMC Envoy | 9 Church St.<br>Milford, MA 01757 |
| Burncoat-Randolph Realty Trust, Worcester District Registry of Deeds Book 41227, Page 131 | None | N/A |

**16.  Spouses and Former Spouses**

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME:

**17.  Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None


a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None


b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 .  Nature, location and name of business**

None


a.  *If the debtor is an individual,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing

8

executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|


None ☑

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                        ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19.  Books, records and financial statements


None ☑

a.  List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                        DATES SERVICES RENDERED

None ☑

b.  List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                        DATES SERVICES RENDERED

9

None ☑   c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

      NAME.                                                    ADDRESS

None ☑   d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

      NAME AND ADDRESS                            DATE ISSUED

### 20.  Inventories

None ☑   a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

                                                             DOLLAR AMOUNT
                                                           OF INVENTORY
      DATE OF INVENTORY        INVENTORY SUPERVISOR     (Specify cost, market or other basis)

None ☐   b.  List the name and address of the person having possession of the records of each of the inventories reported in a.. above.

                                                            NAME AND ADDRESSES
                                                            OF CUSTODIAN
      DATE OF INVENTORY                                OF INVENTORY RECORDS

### 21 .  Current Partners, Officers, Directors and Shareholders

None ☑   a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

      NAME AND ADDRESS              NATURE OF INTEREST     PERCENTAGE OF INTEREST

None ☑   b.   If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                                         NATURE AND PERCENTAGE
      NAME AND ADDRESS              TITLE           OF STOCK OWNERSHIP

10

**22 . Former partners, officers, directors and shareholders**

None ☑   a.    If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately
preceding the commencement of this case.

NAME                     ADDRESS              DATE OF WITHDRAWAL

None ☐   b.    If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated
within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS             TITLE              DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☑   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider,
including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite
during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ☑   If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any
consolidated group for tax purposes of which the debtor has been a member at any time within **six years**
immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION       TAXPAYER-IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ☑   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to
which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately
preceding the commencement of the case.

NAME OF PENSION FUND       TAXPAYER-IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

11

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  _10/21/09_ _____

Signature
of Debtor  _Susan M Alden_ _____

Signature of
Joint Debtor
(if any)

Date  _____

_____

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  _____

Signature  _____

Print Name and
Title

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

# EXHIBIT C
## AMENDMENT TO CREDITOR MATRIX

Robert M. Bradley
c/o Dunbar Law Offices P.C.
10 High Street
7th Floor
Boston, MA 02110

Bernard J. Laverty, Jr.
c/o Dunbar Law Offices P.C.
10 High Street
7th Floor
Boston, MA 02110

<u>CERTIFICATE OF SERVICE</u>

I, Susan M. Alden, hereby certify that on October 21, 2009, I caused a copy of the foregoing Motion to be served by first class mail, postage pre-paid, upon:

John A. Burdick, Esq.                Richard King
Chapter 7 Trustee                    Office of the United States Trustee
679 Pleasant Street                  446 Main Street, 14th Floor
Paxton, MA 01612                     Worcester, MA 01608


Susan M. Alden