UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2010 NOV 10 P 1: 11

BANKRUPTCY COURT
DISTRICT OF MASS.

| | |
|---|---|
| In re:<br><br>SUSAN M. ALDEN<br><br>Debtor | Chapter 7<br><br>Case No. 08-43558-HJB |

## DEBTOR'S MOTION FOR APPROVAL OF AMENDMENT TO SCHEDULE F, AND CREDITOR MATRIX

Susan M. Alden, debtor in the above-captioned bankruptcy case, respectfully requests that this Court approve amendments to her Bankruptcy Schedule F, Statement of Financial Affairs, and Creditor Matrix. In support of this request, Susan M. Alden states as follows:

1. I filed my bankruptcy case on October 31, 2008.

2. Subsequent to the filing of my bankruptcy case, I became aware that claims are asserted against me by Paul Varghese and Chinnama Varghese, both of whom assert claims against my employer and others based on events that happened prior to October 31, 2008.

3. I therefore seek to amend Schedule F to my bankruptcy schedules to include these individuals as the holders of "disputed" claims, and to amend the creditor matrix in my case to include these claimants. Amended Schedule F is attached hereto as Exhibit 1. The Amendment to the Creditor Matrix is attached hereto as Exhibit 2.

WHEREFORE, Susan M. Alden respectfully requests that this Court approve the Amended Schedule F and Amended Creditor Matrix in my bankruptcy case.

Respectfully submitted,

*[signature: Susan M. Alden]*

Susan M. Alden
9 Church Street
Milford, Massachusetts 01757

# EXHIBIT 1
## AMENDED SCHEDULE F

In re _Susan M. Alden_,
_____Debtor_____

Case No. _08-43558-HJB_
_____(If known)_____

FILED
IN CLERK'S OFFICE
2010 NOV 10 P 1: 12
BANKRUPTCY COURT
DISTRICT OF MASS.

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __4__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _10/30/10_    Signature: _Susan M. Alden_
_____Debtor

Date _____    Signature: _____
_____(Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____
Printed or Typed Name and Title, if any,
of Bankruptcy Petition Preparer

_____
Social Security No.
*(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X_____        _____
Signature of Bankruptcy Petition Preparer        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

Signature: _____

_____
[Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.



Form B6 F (12/07)         BlumbergExcelsior, Inc., Publisher, NYC 10013

In re: Alden, Susan  M.                              Debtor(s)    Case No.                    (if known)
                        AMENDED

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 371134288701000<br>American Express<br>c/o NCO Financial Syst.<br>PO Box 15773<br>Wilmington DE<br>19850-5773 | | | revolving credit account | U | 58,358.00 |
| 4185865566926494<br>Arrow Financial Services<br>c/o NES of Ohio<br>29125 Solon Rd.<br>Solon OH<br>44139-3442 | | | revolving credit account, Washington Mutual | U | 6,093.00 |
| 5291492368041915<br>Capital One Bank (USA) NA<br>c/o Client Services, Inc.<br>5230 Washington St.<br>W. Roxbury MA 02132 | | | revolving credit account | U | 6,336.00 |
| 4640102011077306<br>Chase Bank USA NA<br>c/o GC Services<br>5230 Washington Street<br>West Roxbury<br>MA 02132 | | | revolving credit account | U | 6,455.00 |
| 4888931992502794<br>FIA Card Services NA<br>c/o Creditors Interchange<br>5230 Washington Street<br>West Roxbury MA<br>02132 | | | revolving credit accounts<br>Bank of America<br>#4888931119682537;<br>74975640844159 | U | 51,635.00 |
| 5148645002769408<br>GE Money Bank<br>Shop NBC (Dual)<br>c/o Universal Fidelity LP<br>PO Box 941911<br>Houston TX 77094-8911 | | | revolving credit account | U | 2,471.00 |

X ____ continuation sheets attached.                                       Subtotal $ 131,348.00

(Use only on last page of the completed Schedule F.)              Total  $ 131,348.00
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

Form B6 F (12/07)                                BlumbergExcelsior, Inc., Publisher, NYC 10013

In re: Alden, Susan    M.                                    Debtor(s)    Case No.    (if known)

AMENDED

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 1587619<br>GE Money Bank QVC Receivables<br>c/o NCC Business Serv. In<br>PO Box 24739<br>Jacksonville FL32241-4739 | | | revolving credit account, Qcard | U | 3,925.00 |
| 5499441006401791<br>HSBC Bank Nevada NA<br>c/o Howard Lee Schiff PC<br>340 Main St.<br>Ste 959<br>Worcester MA 01608-1603 | | | Milford District Court #0866CV675 | U | 3,477.00 |
| 0338967524<br>Kohl's Payment Center<br>PO Box 2983<br>Milwaukee WI<br>53201-2983 | | | revolving credit account | U | 1,551.00 |
| 5218531002321736<br>LVNV Funding LLC<br>Universal Fidelity LP<br>c/o PO Box 941911<br>Houston TX<br>77094-8911 | | | revolving credit account, original creditor:<br>GE Capital Paypal Plus | U | 3,018.00 |
| 412392842890<br>Macy's<br>PO Box 689195<br>Des Moines IA<br>50368-9195 | | | revolving credit account | U | 2,690.00 |
| 0783<br>NordstromBank<br>PO Box 79134<br>Phoenix AZ<br>85062-9134 | | | revolving credit account | U | 2,753.00 |

X ___ continuation sheets attached.

Subtotal $ 17,414.00

(Use only on last page of the completed Schedule F.)    Total $ 148,762.00
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

Form B6 F (12/87)                    Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: Alden, Susan M.                AMENDED         Debtor(s)    Case No.    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CUD | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 7001621100240511<br>Retail Services<br>PO Box 17298<br>Baltimore MD<br>21297-1298 | | | revolving credit account, Filene's Basement | U | 481.00 |
| 3320581<br>Stamps.com<br>Dept 0398<br>PO Box 120398<br>Dallas TX 75312-0398 | | | revolving credit account | U | 112.00 |
| 5856373662134407<br>WFNNB<br>Domestications<br>PO Box 659465<br>San Antonio TX<br>78265-9465 | | | revolving credit account | U | 471.00 |
| 593978919<br>WFNNB<br>Victoria's Secret<br>PO Box 659728<br>San Antonio TX<br>78265-9728 | | | revolving credit account | U | 1,680.00 |
| Robert M. Bradley<br>c/o Dunbar Law P.C.<br>10 High Street, #700<br>Boston, MA 02110 | | | | D | 0.00 |
| Bernard Laverty<br>c/o Dunbar Law P.C.<br>10 High Street #700<br>Boston, MA 02110 | | | | D | 0.00 |
| | | | | Subtotal $ | 2,744.00 |
| | | | | Total $ | 151,506.00 |

__X__ continuation sheets attached.

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  SUSAN M. ALDEN ,    Case No. 08-43558-HJB
        Debtor                               (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> PAUL + CHINNAMA VARGHESE <br> 80 CARTER DR <br> FRAMINGHAM MA 01701 | | | | | | ✓ | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 4 of 4 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $ 0.00

Total▶   $ 151,506.00
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

**EXHIBIT 2**
**AMENDMENT TO CREDITOR MATRIX**

Paul Varghese
80 Carter Dr.
Framingham, Ma. 01701

Chinnama Varghese
80 Carter Dr.
Framingham, Ma. 01701

## CERTIFICATE OF SERVICE

I, Susan M. Alden, hereby certify that on October 30, 2010, I caused a copy of the foregoing Motion to be served by first class mail, postage pre-paid, upon:

John A. Burdick, Esq.  
Chapter 7 Trustee  
679 Pleasant Street  
Paxton, MA 01612

Richard King  
Office of the United States Trustee  
446 Main Street, 14th Floor  
Worcester, MA 01608

/s/ Susan M. Alden  
Susan M. Alden